✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2017

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Carr, Amanda | Docket No. | 0980 4:16CR06049-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amanda Carr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 22nd day of December, 2016, under the following conditions:

**Special Condition #4:** Submit to random urinalysis testing as directed by the United States Probation/Pretrial Office.

**Special Condition #2:** Submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Office.

**Special Condition #6:** Submit to a mental health evaluation and undergo any recommended mental health treatment as directed by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** The defendant has violated her period of pretrial supervision by failing to report for random urinalysis testing on April 21, 24, 25, and 26, 2017; May 4, 5, and 8, 2017.

**Violation #2:** The defendant has violated her period of pretrial supervision by failing to report for chemical dependency treatment on April 25, 2017; May 2 and 9, 2017.

**Violation #3:** The defendant has violated her period of pretrial supervision by failing to report for mental health treatment since April 19, 2017.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 05/15/2017

by s/David L. McCary

David L. McCary

U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.

[ ] Defendant to appear before the Judge assigned to the case.

[X] Defendant to appear before the Magistrate Judge.

[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

5/15/2017

Date